
**FILED**
6/21/2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
MAY 0 7 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARRELL DEON WILSON

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom DART, SHERIFF of CCDOC
EBERHART, SUPERINTENDENT DIVISION-5
SGT. STEVENVOGH, SERGEANT (DIV. 5) 1ST SHIFT LAUNDRY
OFFICER BIBBS, CCDOC OFFICER (LAUNDRY)
OFFICER UNSELD, CCDOC OFFICER (LAUNDRY)
OFFICER MARTIN, CCDOC OFFICER (LAUNDRY)
OFFICER DEARMON (LAUNDRY)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

13 C 3425
Judge Robert M. Dow, Jr.
Magistrate Judge Maria Valdez

CHECK ONE ONLY:

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

☐ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

☐ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Darrell Wilson

B. List all aliases: N/A

C. Prisoner identification number: #2013-0129083

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: P.O. Bx 089002 Chicago, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

  Title: The Cook County Sheriff

  Place of Employment: Cook County Dept. of Corrections / Chicago, Ill.

B. Defendant: Officer Unseld

  Title: Cook County D.O.C. Officer / Laundry Dept. Div. 5

  Place of Employment: Cook County D.O.C.

C. Defendant: Officer Martin

  Title: Cook County D.O.C. Officer / Laundry Dept. Div. 5

  Place of Employment: Cook County D.O.C. / Chicago, Ill

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Darrell Wilson, was involved in an incident in the Cook County Jail. On March 20, 2013 at approximately 1000 hrs, I fell off a moving vehicle. I like to note that "Sheriff's officers give directions to complete task(s)...." Well, on March 20 [2013] I was told by Cook County Sheriff's officer(s) to board onto the very rear of a Taylor-Dunn electrical vehicle/cart. I am a U.S. Veteran that is involved in the Veteran's Work Program. My assigned duty is "Laundry Worker." My job was to distribute/exchange detainee's uniforms. Upon completion of the job assigned in Division 3, I was told by (Laundry Duty officers) officers; to wit: Officer Bibbs (passenger), Officer Martin (passenger) and Officer Unseld (driver), which leaves a total of 4 passengers/driver on this small vehicle (surpassing the cart's capacity). My job was to grasp hold to a clothing gurnee (weighed appx. 400 lbs). As we (the above names) headed back to Division 5 Central Laundry, via under street level tunnel system,

4

In the tunnels, cameras are positioned throughout. While holding onto the gurnee, the only means of safety I had was to place my foot on rear tow/hitch bar, to support myself. Officer Bibbs held onto my shirt as Officer Unseld (driver) start to accelerate. The force made me fall off the moving vehicle. I hit the ground and tumbled about. Later, I went to the Dispensary due to back pains/spasms. On March 23rd, I was told by the Doctor in Cermak Health Services that I have bruises on my back. I am being prescribed pain medicines/heating pads for injuries. I am presently being seen by Health Care Services here in C.C.D.O.C. I have attached a copy of a grievance I filed on 3-24-13, under control # 2013X1026, signed by Ms. Bracey, social worker here in Division 5. I am under a No Work Clause per Doctor.

Also, I feel that better safety rules should be enforced, Occupational Safety Health Association (OSHA) rules and regulations should be implemented into the laundry facility standard operating procedures, so any type of incident, such as in my case, doesn't reoccur.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM SEEKING MONETARY COMPENSATION ($200,000.00). I AM CONSTANTLY REMINDED OF MY BACK PAIN AND HAVE LIMITED MOVEMENT IN MY BENDING, TURNING AND OTHER BODY POSITIONS. IT IS AFFECTING MY SLEEPING AT BEDTIME; TO RECEIVE COMPENSATION FOR PAIN AND SUFFERING FROM INJURIES SUSTAINED AS JUSTIFIABLE AS THE COURTS DEEMS. CONTINUE MEDICAL ATTENTION WHILE BEING DETAINED.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☒ NO
D.W.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14th day of APRIL, 20 13

_Darrell Wilson_
(Signature of plaintiff or plaintiffs)

WILSON, DARRELL DEON
(Print name)

2013-0129083
(I.D. Number)

P.O. BOX 089002
CHICAGO, IL. 60608

(Address)

6

Revised 9/2007

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

Prescription
Medical Record Copy

Patient: Wilson, Durrell  DOC# 2013-0129083  D.O.B. _____

Comments: _____  Allergy: _____

| Date/Time | PHYSICIAN ORDERS | Time/Nurse Initial |
|---|---|---|
| 4/8/13 | No Heavy work 6 wc | |
| | MD Print/Sign | |

Location: _____  ☐ Med/Surg  ☐ MHS

Initials  Print / Sign Name          Title

CHS 8 5 3 0 1

Patient Label

Form #: 853.01
Rev. Feb. 2008   White Copy: Medical Records   Pink Copy: Pharmacy   Green Copy: Nursing/CMT/Dialysis   Yellow Copy: Patient

I'm still awaiting x-rays per Cermak Health Svc

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2013X1026

### INMATE INFORMATION

INMATE LAST NAME: Wilson
INMATE FIRST NAME: Dartell
ID Number: 20130129083

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
Detainee alleges not receiving proper medical treatment

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** Cermak Health Services
**DATE REFERRED:** 04/09/13

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Seen in PrC 4/8/13

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** [illegible]
**SIGNATURE:** [signature]
**DIV./DEPT.:** CHS
**DATE:** 4/9/13

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**DATE RESPONSE WAS RECEIVED:** 4/19/13

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL:

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☐

(FCN-48)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – C.R.W./PLATOON COUNSELOR) (PINK COPY – INMATE)



# COOK COUNTY DEPARTMENT OF CORRECTIONS
## VETERAN'S PROGRAM STATUS REPORT

Client Name: Wilson, Darrell               ID#: 20130129083

Judge: *Sullivan Courtroom 209*

Date: 4/8/2013

The above named client is currently a participator in Cook County Department of Corrections Laundry Work Program. (circle one)  **Enrolled** / Completed

Currently enrolled or completed the Laundry Management Services Course Curriculum offered by Roosevelt University. (circle one)   ~~Enrolled / Completed~~

Officer Comments:

| |
|---|
| Mr Wilson has been a part of the veterans program since 2/11/13. As a continuous and ongoing Program, Mr Wilson has participated in both the laundry and the classroom portion of this program. |

Officer Signature: *Ahns*

Superintendent Signature: *N/A*