UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL WILSON | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 3425 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr |
| SHERIFF TOM J. DART, | ) | |
| OFFICER BIBBS, OFFICER UNSELD | ) | |
| OFFICER MARTIN | ) | |
| Defendants. | ) | |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COMES Defendants Sheriff Thomas Dart, Officer Emmanuel Bibbs, Officer Barbara Unseld and Officer Marilyn Martin , ("Defendants") through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by her Assistant State's Attorney Brenden Bryant, and answer Plaintiff's Complaint as follows:

1. I, Darrell Wilson, was involved in an incident in the Cook County Jail. On March 20, 2012 at approximately 1000 hrs, I fell off a moving vehicle.

**ANSWER**: Defendants deny the allegations in paragraph 1.

2. I like to note that "Sheriff's Officers give directions to complete task(s)…..

**ANSWER**: Defendants admit the allegations in paragraph 2.

3. Well, on March 20, [2013] [sic] I was told by Cook county Sheriff's Officer(s) to board onto the very rear of a Taylor-Dunn Electrical Vehicle/Cart.

**ANSWER**: Defendants deny the allegations in paragraph 3.

4. I am a U.S. Veteran that is involved in the Veteran's Work Program.

**ANSWER**: Defendants admit the allegations in paragraph 4.

5. My assigned duty is "laundry worker ".

**ANSWER**: Defendants admit the allegations in paragraph 5.

6. My job was to distribute/exchange detainee's uniforms.

**ANSWER**: Defendants admit the allegations contained in paragraph 6.

7. Upon completion of the job assigned in Division 3, I was told by officers (laundry duty officers); to wit: Officer Bibbs (passenger), Officer Martin (passenger) and Officer Unseld (driver), which leaves a total of 4 passengers/driver on this small vehicle (surpassing the cart's capacity). My job was to grasp hold to a clothing gurnee [sic] (weighed appx. 400 lbs) as we (the above names) headed back to Division 5 central laundry, via under street level tunnel system.

**ANSWER**: Defendants deny the allegations contained in paragraph 7.

8. In the tunnels, cameras are positioned throughout.

**ANSWER**: Defendants admit the allegations contained in paragraph 8.

9. While onto the gurnee [sic], the only means of safety I had was to place my foot on rear tow/hitch bar, to support myself.

**ANSWER**: Defendants deny the allegations contained in paragraph 9.

10. Officer Bibbs held onto my shirt as Officer Unseld (driver) start to accelerate.

**ANSWER**: Defendants deny the allegations in paragraph 10.

11. The force made me fall off the moving vehicle.

**ANSWER**: Defendants deny the allegations contained in paragraph 11.

12. I hit the ground and tumbled about.

**ANSWER**: Defendants deny the allegations contained in paragraph 12.

13. Later, I went to the dispensary due to back pains/spasms.

**ANSWER**: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and therefore deny the same.

14. On March 23rd, I was told by the doctor in Cermak Health Services that I have bruises on my back.

**ANSWER**: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and therefore deny the same.

15. I am being prescribed pain medicines/heating pads for injuries I am presently being seen by Health Care Services here in CCDOC.

**ANSWER**: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, and therefore deny the same.

16. I have attached a copy of a grievance I filed on 3-24-13, under control #2013x1026, signed by Ms. Bracey, Social Worker here in Division 5. I am under a no work clause per doctor.

**ANSWER**: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and therefore deny the same.

17. Also, I feel that better safety rules should be enforced, Occupational Safety Health Association (OSHA) Rules and Regulations should be implemented into the laundry facility standard operating procedures, so any type of incident, such as in my case, doesn't reoccur.

**ANSWER**: Defendants deny the allegations contained in paragraph 17.

## AFFIRMATIVE DEFENSES

NOW COME DEFENDANTS, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by her Assistant State's Attorney Brenden Bryant, who hereby asserts the following affirmative defenses.

1. Defendants did not possess knowledge of a specific risk of imminent harm to Plaintiff or a substantial risk of imminent harm to Plaintiff, and did not act with deliberate indifference to Plaintiff's well being.

2. Defendants' conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional Rights. Accordingly, Defendants are entitled to the defense of qualified immunity.

3. To the extent that Plaintiff seeks punitive damages in this action, local governments are immune from punitive damages liability under § 1983. *See City of Newport v. Fact Concerts*, 453 U.S. 247 (1981). Therefore, to the extent Defendants are named in their official capacity, Defendants are immune from having to pay punitive damages to Plaintiff.

4. The Plaintiff has failed to properly exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. §1997(e)(a). *See Dale v. Lappin*, 376 F.3d 652, 655 (7th Cir. 2004).

5. Defendant Dart has no knowledge of, or had any personal involvement in Plaintiff's alleged constitutional violations.

Defendant has not fully completed Defendant's investigation of the facts relating to this case and discovery in this action. Thus, all the affirmative defenses contained herein are based only upon such information and documents which are presently available and specifically known to Defendant. Defendant reserves the right to name additional affirmative defenses as they become known through further discovery or otherwise in this action.

## JURY DEMAND

Defendants respectfully requests trial by jury.

WHEREFORE, Defendants respectfully request judgment in their favor and against Plaintiff, requests that Plaintiff be entitled to no compensation, that Defendants be awarded all fees and costs incurred in defending this claim and for other such relief that this Court deems appropriate.

Date: September 13, 2013                              Respectfully submitted,

                                                      ANITA ALVAREZ
                                                      State's Attorney of Cook County

                                              By:     /s/ *Brenden Bryant*
                                                      Brenden Bryant
                                                      Assistant State's Attorney
                                                      50 West Washington, Suite 500
                                                      Chicago, IL 60602
                                                      (312) 603-5471

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DARRELL WILSON | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 3425 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr |
| SHERIFF TOM J. DART, | ) | |
| OFFICER BIBBS, OFFICER UNSELD | ) | |
| OFFICER MARTIN | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**To**: Darrell Deon Wilson
#2013-0129083
Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on September 13, 2013 I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint* .

    Respectfully Submitted,

    ANITA ALVAREZ
    State's Attorney of Cook County

By:   /s/ *Brenden Bryant*_____
    Brenden Bryant
    Assistant State's Attorney
    Torts/Civil Rights Litigation Unit
    50 W. Washington St., Room 500
    Chicago, IL 60602
    (312) 603-5471

## **CERTIFICATE OF SERVICE**

  I, Brenden Bryant, Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the documents herein referred, to Pro Se Plaintiff, Darrell Deon Wilson, on September 13, 2013, at or before 5:00 p.m. with proper postage prepaid.

              /s/ *Brenden Bryant*
              Brenden Bryant