UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

DARRELL WILSON #B73847
    PLAINTIFF,
    v.
SHERIFF TOM J. DART, OFFICER BIBBS
OFFICER UNSELD, OFFICER MARTIN
    DEFENDANTS

CASE NO. 13 C 3425
HONORABLE JUDGE
ROBERT M. DOW, JR.

MR

RECEIVED
OCT 28 2013
OCT 28 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## "AMENDED COMPLAINT"

1. AMENDED PLAINTIFF'S MOTION FOR RELIEF:
2. TO INCLUDE ANY AND ALL MEDICAL BILLS, PHARMACY AND SURGICAL PROCEDURES FROM DATE OF INCIDENT TO DATE PETITIONER RECEIVES MEDICARE, INCLUDED 20% SUPPLEMENTAL PAYMENTS THAT ADDITIONAL INSURANCE WOULD COVER.
3. THAT PLAINTIFF SEEKS ONLY PAIN AND SUFFERING DAMAGES, AS A RESULT OF THE OFFICERS NEGLIGENCE, YET TO BE DETERMINED.
4. THAT DATE OF INCIDENT WAS MARCH 20, 2013 — NOT MARCH 20, 2012 AS IT PERTAINS TO DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS COMPLAINT.
5. THAT PURSUANT TO CERMAK HEALTH SERVICES, PLAINTIFF IS ENTITLED TO THE FOLLOWING MEDICAL AND PHARMACEUTICAL ORDERS (COPY ATTACHED). THESE ORDERS ARE NOT BEING FOLLOWED BY THE ILLINOIS DEPT. OF CORRECTIONS, CURRENTLY.
6. THAT SINCE FILING THE ORIGINAL COMPLAINT, MY ADDRESS HAS CHANGED FROM COOK COUNTY D.O.C. (2013-0129083) TO ILLINOIS DEPT. OF CORRECTIONS: TO: DARRELL D. WILSON #B73847, P.O. BX 112 N.R.C./JOLIET, IL. 60434

### PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT

7. ANY ADDITIONAL RELIEF THAT COURT DEEMS JUST.
8. THAT PLAINTIFF'S IS AWARDED MONETARY COMPENSATION FROM HIS PAIN AND SUFFERING, TO MAKE UP FOR PHYSICAL OR OTHER HARM I WAS CAUSED.

18 OCTOBER 2013
    RESPECTFULLY SUBMITTED,
    /s/ Darrell Wilson
    DARRELL D. WILSON #B73847
    STATEVILLE N.R.C. — H.2
    P.O. BX 112
    JOLIET, IL. 60434

I, DARRELL D. WILSON #B73847, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT(S) ON:

BRENDAN BRYANT
50 WEST WASHINGTON ST. RM 551
CHICAGO, IL. 60602,

BY PLACING IT IN THE MAIL AT THE STATEVILLE N.R.C. CORRECTIONAL CENTER ON OCTOBER 18, 2013.