**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 2 8 2014

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

Darrell Deon Wilson, )
)
Plaintiff(s), )
)
v. ) Case No. 13 C 3425
)
Sheriff Tom Dart et al., )
)
Defendant(s). )

**LIMITED APPOINTMENT OF
SETTLEMENT ASSISTANCE PROGRAM COUNSEL**

The Court hereby appoints the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The appointed attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this appointment. On notice to the Court, appointed counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

Name of Appointed Counsel: RAFEY BALABANIAN

Law Firm: Edelson PC

Street Address: 350 North LaSalle Street

Suite Number: Suite 1300

City, State & Zip Code: Chicago, Illinois 60654

Telephone Number: 312-589-6376

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: January 17, 2014     sign hereX _____
                            Pro Se Plaintiff

**ENTER:**

Dated: 1-28-14     _____
                    Judge