**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARRELL WILSON | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 3425 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr |
| SHERIFF TOM J. DART, | ) | |
| OFFICER BIBBS, OFFICER UNSELD | ) | |
| OFFICER MARTIN | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

NOW COMES PLAINTIFF, DARRELL WILSON and DEFENDANTS, SHERIFF TOM J. DART, OFFICER BIBBS, OFFICER UNSELD, and OFFICER MARTIN (hereinafter "Defendants"), through their attorney Assistant State's Attorney Brenden Bryant, and moves this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the PLAINTIFF'S claims against DEFENDANTS, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

2. The parties pray that the Court will enter an order of dismissal terminating the case against DEFENDANTS, in its entirety.

WHEREFORE, Plaintiff and Defendants prays that this Honorable Court enter an order of dismissal terminating the case against DEFENDANTS, in its entirety, with prejudice and without costs.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Rafey Balabanian* | *s/ Brenden Bryant* |
| Rafey Balabanian | Brenden Bryant |
| Edelson PC | Assistant State's Attorney |
| 350 North LaSalle Street Suite 1300 | 500 Richard J. Daley Center |
| Chicago, Illinois 60654 | Chicago, Illinois 60602 |
| (312) 589-6370 | (312) 603-5471 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |